IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| David Blankenship, | ) | **C.A. No. 7:21-CV-02741-TMC** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| Sinai Express, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to dismiss the direct negligence claims and punitive claims in the Complaint <u>with prejudice</u>. The parties also stipulate that the vicarious liability claims in the Complaint are dismissed <u>without prejudice</u>.

    s/Robert D. Moseley, Jr.
Robert D. Moseley, Jr. (Federal Bar #5526)
Moseley Marcinak Law Group LLP
4324 Wade Hampton Blvd., Suite B
Taylors, South Carolina 29687
PO Box 26148, Greenville, SC 29616
(864) 248-6025 (864) 248-6035 (Fax)
Rob.Moseley@momarlaw.com
*Attorneys for Defendant*

    s/Frederick "Rick" I Hall, III
Frederick "Rick" I. Hall, III
The Rick Hall Law Firm
301 Gibson Road
Lexington, SC 29072
803-957-5333
rick@sctrialattorneys.com
*Attorneys for Plaintiff*

November 18, 2021